# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED HUSSEIN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>US CITIZENSHIP AND<br>IMMIGRATION SERVICES (USCIS),<br><br>　　　　　　　　　　Defendant. | Case No.: 3:24-cv-01232-WQH-BLM<br><br>**ORDER** |

HAYES, Judge:

On November 27, 2024, the Court issued an Order which constituted:

> notice to Plaintiff that the Court will dismiss this action without prejudice unless, within thirty (30) days from the date this Order is issued, Plaintiff files (1) proof that service of the summons and complaint was timely effectuated; or (2) proof that service of the summons and complaint was not required; or (3) a declaration under penalty of perjury showing good cause for the failure to timely effect service accompanied by a motion for leave to serve process outside of the time period granted by the Court.

(ECF No. 3 at 2.) The same day, the parties filed the Joint Motion to Dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 4.)

　　　IT IS HEREBY ORDERED that the Order to Show Cause (ECF No. 3) is discharged as moot. IT IS FURTHER ORDERED that this action is dismissed without prejudice. Each

party shall bear its own expenses, costs, and attorneys' fees. The Clerk of the Court shall close this case.

Dated: December 3, 2024

Hon. William Q. Hayes
United States District Court